UNITED STATES DISTRICT COURT
Eastern District of Michigan

---

THE HUNTINGTON NATIONAL BANK,
a national banking association, successor to
Fidelity Bank and Community Bank of
Dearborn,

       Plaintiff,

v

AUTOMATION PROPERTIES L.L.C., a
Michigan limited liability company, FIRST
PARKER REALTY L.L.C., a Michigan
limited liability company, LANCASTER &
YORK, L.L.C., a Michigan limited liability
company, and CHRISTOPHER M.
REDDING,

       Defendants.

Case No.: 2:13-cv-15201-VAR
Hon. Victoria A. Roberts

**DEFENDANTS' ANSWER TO FIRST
AMENDED COMPLAINT and
AFFIRMATIVE DEFENSES, with
Certificate of Service**

---

Plunkett Cooney
By: Douglas C. Bernstein  P33833
Patrick C. Lannen  P73031
Attorneys for Plaintiff
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
dbernstein@plunkettcooney.com
plannen@plunkettcooney.com

Miller Canfield Paddock & Stone PLC
By: Nelson O. Ropke  P67575
Attorneys for Court-Appointed Receiver
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226-4415
(313) 496-7504
ropke@millercanfield.com

John R. Turner  P38563
Attorney for Defendants
321 East Lake Street
Post Office Box 2396
Petoskey, Michigan  49770
(231) 348-4500
jrtlaw@umich.edu

---

## Defendants' Answer to First Amended Complaint

1.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

2.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

3.      Defendants admit this allegation, except that defendant does not admit that its principal place of business is 35186 Automation Drive, Clinton Township, Michigan, because that allegation is not true.

4.      Defendants admit this allegation, except that defendant does not admit that its principal place of business is 322 Bay Street, Petoskey, Michigan, because that allegation is not true.

5.      Defendants admit this allegation, except that defendant does not admit that its principal place of business is 322 Bay Street, Petoskey, Michigan, because that allegation is not true.

6.      Defendants admits that Christopher M. Redding is an individual. Defendants deny the allegation that Mr. Redding's domicile is 3851 Adams Road North, Bloomfield Hills, Michigan, because that allegation is not true.

7.      Defendants admit this allegation.

8.      Defendants admit this allegation.

9.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

10.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

11.    Defendants admit this allegation.

12.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

13.    Defendants admit this allegation.

14.    Defendants admit this allegation.

15.    Defendants admit this allegation.

16.    Defendants admit this allegation.

17.    Defendants admit this allegation.

18.    Defendants admit this allegation.

19.    Defendants admit this allegation.

20.    Defendants admit this allegation.

21.    Defendants admit this allegation.

22.    Defendants admit this allegation.

23.    Defendants admit this allegation.

24.    Defendants admit this allegation.

25.    Defendants admit this allegation.

26.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

27.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

28.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

29.    All of Defendants' previous answers are adopted by this reference.

30.    All of Defendants' previous answers are adopted by this reference.

31.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

32.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

33.    All of Defendants' previous answers are adopted by this reference.

34.    All of Defendants' previous answers are adopted by this reference.

35.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

36.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

37.    All of Defendants' previous answers are adopted by this reference.

38.    All of Defendants' previous answers are adopted by this reference.

39.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

40.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

41.    All of Defendants' previous answers are adopted by this reference.

42.    All of Defendants' previous answers are adopted by this reference.

43.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

44.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

45.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

46.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

47.    All of Defendants' previous answers are adopted by this reference.

48.    All of Defendants' previous answers are adopted by this reference.

49.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

50.    Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

51.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

52.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

53.     All of Defendants' previous answers are adopted by this reference.

54.     All of Defendants' previous answers are adopted by this reference.

55.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

56.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

57.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

58.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

59.     All of Defendants' previous answers are adopted by this reference.

60.     All of Defendants' previous answers are adopted by this reference.

61.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

62.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

63.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

64.     Defendants admit this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

65.     All of Defendants' previous answers are adopted by this reference.

66.     All of Defendants' previous answers are adopted by this reference.

67.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

68.     Defendants admit this allegation.

69.     Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

Defendants respectfully request that this Count should be dismissed with prejudice and that Defendants should be awarded their costs, fees, and expenses, along with any other relief this Court deems equitable.

Respectfully submitted,

July 13, 2016                   /s/ John R. Turner
                               John R. Turner  P38563
                               Attorney for Defendants
                               321 East Lake Street
                               Post Office Box 2396
                               Petoskey, Michigan  49770
                               (231) 348-4500
                               jrtlaw@umich.edu


## Affirmative Defenses

1.      Plaintiff has failed to state a claim upon which relief can be granted.

2.      Some or all of the claims stated in Plaintiff's Complaint are barred in whole or in part by the failure of Plaintiff to mitigate its damages.

3.      Some or all of the claims stated in Plaintiff's Complaint are barred in whole or in part because the acts or omissions of Plaintiff have waived or released those claims.

4.      Defendants reserve the right to plead additional affirmative defenses.

                               Respectfully submitted,

July 13, 2016                   /s/ John R. Turner
                               John R. Turner  P38563
                               Attorney for Defendants
                               321 East Lake Street
                               Post Office Box 2396
                               Petoskey, Michigan  49770
                               (231) 348-4500
                               jrtlaw@umich.edu

<u>**CERTIFIFCATE  OF SERVICE**</u>

I hereby certify  that on July 13, 2016, I caused the above Answer to First Amended

Complaint  and Affirmative  Defenses  to be electronically  filed  with the Clerk of the Court using

the ECF System,  which  will  send notification  of this filing  to the ECF Registered  parties.

Respectfully  submitted,

July  13, 2016                     /s/ John R. Turner
_____

John R. Turner  P38563
Attorney  for Defendants
321 East Lake Street
Post Office Box 2396
Petoskey,  Michigan   49770
(231) 348-4500
jrtlaw@umich.edu